UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

BERNARDO SANTIAGO, Fed. #72338-053   )
RIVERS CORRECTIONAL INSTITUTION      )
P.O. BOX 630                         )
WINTON, N.C. 27986                   )
                                     )
           Plaintiff,                )
                                     )
      v.                             )
                                     )
HARLEY LAPPIN, SCOTT STERMER,        )
HARRELL WATTS, THOMAS R. CHRISTEMSEM )
320 FIRST STREET N.W.                )
WASHINGTON, D.C. 20534               )
                                     )
THE GEO GROUP, Inc.                  )
621 NW 53rd STREET SUITE 700         )
BOCA RATON, FL 33487                 )
                                     )
GEORGE SNYDER, GADDY LASSITER,       )
JEANNE KEEL,                         )
RIVERS CORRECTIONAL INSTITUTION      )
P.O. BOX 840                         )
WINTON, N.C. 27986                   )
                                     )

FILED
MAR 1 9 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Case: 1:07-cv-00528
Assigned To : Unassigned
Assign. Date : 03/19/2007
Description: SANTIAGO V. HARLEY LAPPIN, ET AL.,

## COMPLAINT FOR NEGLIGENCE

**COMES NOW PLAINTIFF** Bernardo Santiago and complains against defendants as follows: Harley Lappin, Scott Stermer, Harrell Watts, Thomas R. Christensen, The GEO Group, Inc., George Snyder, Gaddy Lassiter, Jeanne Keel.

### PRELIMINARY STATEMENT

1. This is an action seeking monetary damages and injunction relief stemming from injuries Plaintiff received as result of Defendants' negligence.

### JURISDICTION AND VENUE

2. For the purpose of this civil suit and venue, 28 U.S.C. § 1391(e) is most appropriate. Section 1391(e) provides in relevant part that, "A civil action in which a defendant is an officer or employee of the United States or any agency thereof

-1-

RECEIVED
FEB 2 0 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

acting in his official capacity or under color of legal authority, or an agency of the United States, or the United States, may except as otherwise provided by law, be brought in any judicial district in which (1) a defendant in the action resides, [or in which] (2) a substantial part of the events or omissions giving rise to the claim occurred.......".

3.  The Bureau of Prisons has been charged with the responsibility for plaintiff's custody and care. The authority to transfer plaintiff to Rivers Correctional Institution was charged to the BOP and its officials.

4.  The BOP's headquarters is located at 320 First Street N.W., in Washington, D.C.; the Defendants named in this complaint is in their official capacity conduct their daily functions at aforementioned BOP headquarters. "The residence of an official defendant is determined on the basis of the official residence of the federal officer or agency". Franz v. United Strates, 591 F.Supp. 374, 377 (D.C.Cir 1984) (quoting Lamont v. Haig, 590 F.2d 1124, 1128, n.19 (D.C.Cir. 1978)). Also see Republican Party of North Carolina v. Martin, 682 F.Supp. 834, 836 (M.D.N.C. 1988) ("where a public official is a party to an action in his official capacity, he resides in the judicial district where he maintains his official residence, that, is, where he performs his official duties").

-2-

5. Plaintiff in this case has presented the facts relating to this complaint to the inmate grievance procedure and have exhausted all, along with the BOP's administrative remedy, (see attachments).

## PARTIES

6. Plaintiff Bernardo Santiago Fed. No.72338-054 is an inmate at Rivers Correctional Institution (hereinafter "RCI"), located at 145 Parker's Fishery Road, Winton, North Carolina 27986. He entered the facility on July 27, 2006.

7. Defendant The Geo Group Inc. is a business incorporated in Florida doing business with the BOP and own and operates the RCI in Winton, N.C.. They also employ defendants George Snyder (warden), Gaddy Lassiter (doctor), J. Keel (med., director).

8. Defendants Harley Lappin (director of the BOP), Scott Stermer (contracting officer), Thomas R. Christensen (on sight BOP monitor at RCI), Harrell Watts (administrative remedy coordinator, BOP), 320 First Street N.W., Washington, D.C. 20534. All being sued in their official and individual capacities.

## STATEMENT OF CLAIM

9. Plaintiff Bernardo Santiago is a federal prisoner with severe and serious physical disabilities, he has one long metal plate held in with four (4) screws in his left leg.

He also has been shot three (3) times and one bullet remain in the same leg rubbing against this plate. Before being transferred from the Metropolitan Detention Center in Brookland N.Y. in Febuary 2000, plaintiff was seen and treated by professional doctors that made preparation to remove the four (4) screws and bullet in July 2006, but plaintiff was transferred by the Federal Bureau of Prisons ("BOP") to a non-medical facility "RCI". All doctors' treatments, surgery orders and medical conditions are in plaintiff medical records and were known by the BOP officials that transferred plaintiff anyway.

10. The BOP knew that RCI were/is not a medical facility, and also knew that RCI has a inadequate medical department that deny's inmates medical care and treatment for years due to many law suits, complaints, and deaths at this institution.

11. On March 7, 2000, the BOP entered into a contractual agreement with the Wackenhut Corrections Corporation (now The GEO Group, Inc.) to house plaintiff, along with similarly situated federal offenders. Contract No. (J1PCc-005) (3/07/00). Upon the execution of the contract, The GEO Group and its employees agreed to adhere to all federal laws and regulations. Specifically the relevant provision of the contract expressly states that:
> "All services and programs shall comply with the SOW (statement of work); the U.S. Constitution; applicable Federal, State and local laws and regulations.........; all applicable case law, consent decrees, and Court Orders".

-4-

12. Plaintiff asserts that the defendants and individuals named herein acting as <u>agents</u> of the BOP, have arbitrarily and capriciously and negligently denied plaintiff's rights to be free from danger. The preceding federal regulations were in effect (and they remain in effect), and carried the force and effect of law at the time that the BOP and The GEO Group Inc. entered into their contract agreement on March 7, 2000. Thus, the sound & force federal common law principle establishes that contracts incorporate the law in force at the time of the agreement. See **Norfolk & Western v. AM Train Dispatchers**, 499 U.S. 117 ---, 111 S.Ct. 1156, 1164 (1991); U.S. V. Coleman, 200 F. Supp. 2d 561, 570 n.6 (E.D.N.C. 2002); Howe v. Smith, 452 U.S. 473, 475 n. 1 (1981); United Van Lines Inc. V. United States, 448 F.2d 1190, 1195 (D.C. Cir. 1971) "Because the regulation was in existence at the time (the party) entered on performance, it becomes, in effect a part of the contract between the parties").

13. In July, on the 27th, 2006 I plaintiff was examine by Rivers Correctional institution (hereinafter) "RCI" medical staff, defendants' Jeanne Keel & Dr. Gaddy Lassiter during inmate-intake-screening. Both read and knew the medical orders to have these screws and bullet remove as soon as possible from my medical report by doctors in New York. Defendant Lassiter stated "they should have done this before you came here". I told him that I am on medication for pain & infection because these screws and this bullet are hurting me real bad and the bullet keep hitting against this plate. Defendant responded, "they shouldn't sent you here".

14. For many weeks RCI medical department would deny me surgery. I had three (3) appointments with defendant Lassiter where he repeatedly told me "that the institution will not have the remaining screws in your leg remove because it would cost us too much

-5-

money", and you should wait until you go home so you can pay for it yourself".

15. By August 2006 one of the four screws were protruding throw his leg giving him severe and excruciating pain that had him blacking out. Ms. Penny Brown (the nurse practitioner) had to make an emergency order to have <u>one</u> of the screws remove that was protruding. While at Roanoke-Chowan hospital I was told that RCI refuses to pay for the removal of the three (3) remaining screws in your leg by the doctor. After plaintiff return from the hospital, nurse practitioner Ms. Brown was shocked that they/defendants Jeanne Keel & Gaddy Lassiter would not pay for the remaining screws and bullet to be taken out. Plaintiff is still suffering due to defendants refusal of proper treatment and care.

16. Plaintiff has tried to seek the much needed help through RCI's administrative remedy procedures, along with the federal bureau of prisons remedy with no adequate results. <u>See</u> attachments.

17. Almost daily, defendants is citing budgetary restraints and refusing to treat me and others at this institution and the BOP has known about it because of their on sight monitor Thomas R. Christensen (defendant), and Harrell Watts (administrative remedy coordinator).

**CLAIM FOR RELIEF**

18. Defendants Harley Lappin, Scott Stermer, Thomas R. Christensen and Harrell Watts were at the time of injury to the plaintiff acting within the scope of their employment when they negligently causing plaintiff to suffer at their contracted facility.

-6-

Defendants failed to take proper care of plaintiff and that the lack of care did, and still is the cause of ongoing suffering & injuries, and should have known the plaintiff's injury was probable under the circumstances.

19. Defendants George Snyder, Gaddy Lassiter, Jeanne Keel employees of the GEO Group, Inc. were at the time of injury to the plaintiff acting within the scope of their employment when they negligently failed to provide proper care behind their financial motivation on the part of GEO/RCI's policymakers is exactly the concerns expressed by the Six Circuit in McKnight...... as the same defendants of this private corporation seeking to maximize profits, at least in part out of a desire to maintain the profitability of a corporation for whom they labor, thereby insuring their own job security, with respect of cutting corners on constitutional guarantees when benefiting directly in the form of increased profits from every dime not spent on inmates/plaintiff. Defendants named above did breach their legal duties owned by them that was the proximate causes of plaintiff injuries.

20. As a result of defendants' deliberate indifference and negligence, the plaintiff suffered bodily injuries and physical and mental pain.

**PRAYER FOR RELIEF**

21. **WHEREFORE** Plaintiff demands judgment against Defendants for damages 'compensatory' in the amount of $12,000.00 from each defendant, and punitive in the amount of $55,000.00 from each defendant and issue declaration that a law and regulation has been

-7-

broken or that plaintiff rights have been violated.

**EQUITABLE RELIEF**

22. For the honorable Court to send plaintiff to a federal medical facility as soon as possible, to have the remaining screws and bullet remove from plaintiff, to have a <u>full</u> inspection of RCI medical staff and operations <u>past,</u> <u>current</u> <u>and</u> <u>in</u> <u>the</u> <u>future.</u> Along with any and such other and further relief the Court deems justified.

Signed this ___7th___ day of __February__, __2007__.

_____*Bernardo Santiago*_____
Signature of Plaintiff

I declare under penalty of perjury that the foregoing is true and correct.

__2/7/2007__
Date

_____*Bernardo Santiago*_____
Signature of Plaintiff
Rivers Correctional Inst.,
145 Parker's Fishery Road
P.O. Box 630
Winton, N.C. 27986

# GEO/BOP ATTEMPT AT INFORMAL RESOLUTION
### (Request for Administrative Remedy)

To: __Ms Carter__  Date Rec'd __8/25/06 JC__
(Counselor)  (Staff)

1. Write in this space, briefly, your complaint. Include all details and facts which support your request.

   Nail in my left leg. I have been waiting for (1 year) to get it removed. I have sent 3 medical request and haved not gotten any reponse. I am not able to sleep I need to see some one as soon as possible.

2. What action do you wish to be taken to correct the situation?

   If it is possible I wish to see a doctor about this situation. That is All I want, to get the right Medical treatment.

__Bernardo Santiago__   __72338.053__   __D.1__   __8/25/06__
Inmate Name/Signature  Register #  Unit/Bed  Date

3. State, clearly, staff efforts to resolve the matter informally. Be specific, but brief and provide to inmate. You have been scheduled to see the Doctor, watch the Call-Out for your appointment time.

********************************************************************

The Informal Resolution Was / Was Not (circle one) accomplished for the above noted reason.

__Bernardo Santiago__  __9/1/06__   __L Carter__   __9/01/06__
Inmate Signature  Date  Counselor Signature  Date

**GEO Programs**
The GEO Group, Inc.

Admin Coordinator

SEP 07 2006
DATE RECEIVED

Correctional
Administrative Remedies

# Rivers Correctional Institution
## Step 1 Administrative Remedy Form
Paso 1 Forma De Remedio Administrativo

| Name: Nombre: BERNARDO SANTIAGO | Number: Numero: 72538-053 |
|---|---|
| Date: Fecha: 9-1-06 | Housing Assignment: Unidad Asignada: D1-110L |

### For Official Use Only - Para Uso Oficial Solamente

| Date Received: 9-7-06 | Remedy #: 06-215 | Date Due: 10-6-06 |
|---|---|---|

### Complaint - Reclamo

Describe your complaint in the section below. Be as concise as possible, but be sure to include enough identifying data to assist in a through investigation (e.g. dates, names, locations, times, etc...) Attach one (1) additional page if necessary and the Informal Resolution Form with any other supporting documentation.

Describa su telaino en la seccion de abajo. Dea lo mas breve posible, pero asegurese de incluir suficiente informacion para asistir en una completa investigacion (pe.. Fechas, nombres, ubicaciones, tiempos, etc...) Agregue una pagina si es necesario.

I HAVE A MONTH PUTTING IN REQUEST FOR MEDICAL HELP AND ONE YEAR WAITING FOR AN OPARATION. I HAD TO PUT AN ADMINISTRATIVE REMEDY FOR HELP. I CAN'T UNDERSTAD THIS PLACE WHERE YOU HAVE TO WRITE PEOPLE UP FOR HELP.

Bernardo Santiago
Inmate Signature

Administrative Remedy
Step 1 – Response

Date Filed: 09-07-06                           Remedy ID No. 06-215

Santiago, Bernardo
Reg # 72338-053

This is in response to your step 1 Administrative Remedy dated September 1, 2006, in which you are requesting medical help.

According to your medical record, you have been evaluated by the physician and given a ninety day supply for pain medication. There has been a x-ray scheduled for your leg and then the physician will re-access your problem. Please watch the call-out.

After a thorough review of the circumstances pertaining to your requested Administrative Remedy, we find that there is no evidence to support your grievance.

Based on the above information your request for Administrative Remedy is denied.

If you are not satisfied with this response, you may obtain a Step 2 from your Counselor. As per RCI policy 12.006, Administrative Remedies, "Step 2 forms must be completed and submitted within five (5) days of the date of the Step 1 response.

9-11-06
Date

J. Keel
Health Services Administrator



**Admin Coordinator**
**SEP 1 4 2006**
**DATE RECEIVED**

**Correctional Programs**
**Administrative Remedies**

# Rivers Correctional Institution
## Step 2 Administrative Remedy Form
Paso 1 Forma De Remedio Administrativo

| Name: Nombre: BERNARDO SANTIAGO | Number: Numero: 72338-053 |
|---|---|
| Date: Fecha: 9.13.06 | Housing Assignment: Unidad Asignada: D1-110L |

| For Official Use Only - Para Uso Oficial Solamente |||||
|---|---|---|---|---|
| Date Rec'd: 9-14-06 | Complaint #: 06-215 | Staff Assigned: | | Date Due: 10-24-06 |

### Complaint - Reclamo

Describe your complaint in the section below. Be as concise as possible, but be sure to include enough identifying data to assist in through investigation (e.g. dates, names, locations, times, etc....) Attach one (1) additional page if necessary.

Describa su telaino en la seccion de abajo. Dea lo mas breve posible, pero asegurese de incluir suficiente informacion para asistir en una completa investigacion (pe.. Fechas, nombres, ubicaciones, tiempos, etc....) Agregue una pagina si es necesario.

ON 9.12.06 I WENT TO TAKE X-RAYS FOR MY THIGH. I GOT A PLATINUM PLATE THERE AND THE NURSE TOUCHED IT AND IT MOVE RIGHT. AND SHE SIAD THAT THAT WASN'T NORMAL. NOW ON 9.13.06 I WENT TO REVIEW THE X-RAY WITH DR LASETER AND HE SAID THAT I HAD NOTHING WRONG THAT I SHOULD BUY TYNELO OR SOME OTHER PAIN RELIVER FOR THIS. THAT DONT WORK WHAT I NEED IS SOME MEDICAL HELP NOT SOME ABSURD ANSWER LIKE THE ONE I GOT. AND I DONT REALY NEED TO BE SENDING THESE TYPE OF PAPERS TO GET HELP. BECAUSE BEFORE THIS I WASN'T RECIVEING ANY. AND AM STILL NOT GETING IT PLEASE HELP ME.

*Bernardo Santiago*
Inmate Signature

Administrative Remedy
Step 2– Response

Date Filed: 09-14-06                     Remedy ID No. 06-215

Santiago, Bernardo
Reg # 72338-053

This is in response to your step 2 Administrative Remedy dated September 13, 2006, in which you are requesting an evaluation of your plate in your thigh.

You have been scheduled to be evaluated by an orthopedic surgeon for your plate in your thigh. Please, watch the call-out.

After a thorough review of the circumstances pertaining to your requested Administrative Remedy, we find that there is no evidence to support your grievance.

Based on the above information your request for Administrative Remedy is denied. You have exhausted all your Administrative Remedies at this level.

9-28-06
Date

G. Snyder
Warden

U.S. Department of Justice

Federal Bureau of Prisons

Regional Administrative Remedy Appeal

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-DIR-9 including any attachments must be submitted with this appeal.

From: __Santiago Bernardo___ __72338-053__ __D1/10L__ __Rivers C.I.__
       LAST NAME, FIRST, MIDDLE INITIAL      REG. NO.        UNIT        INSTITUTION

Part A—REASON FOR APPEAL

When I got here I came with a plate on my left leg and I told to the Doctor that was bad the Doctor said me that the B.O.P. will not make a surgery on it because the surgery can infect it that I must to wait until my release date to do so. I follow the administrative remedies in this case like a shown in the copies enclosed. When I was arrested I could walk and now I have to walk with cruchs. When I went in front of the judge he ordered to the prosecuter to talk with the physicians about my problem, and they said me that when I would get the prison I would be surgery.

__10/20/06__                                    __Bernardo Santiago__
   DATE                                           SIGNATURE OF REQUESTER

Part B—RESPONSE

RECEIVED NOV 13 2006 Privatization Mgt. Branch

RECEIVED NOV 01 2006 Administrative Remedy Section Federal Bureau of Prisons

RECEIVED NOV 07 [illegible] Privatization Mgt. Branch [crossed out]

_____                                    _____
   DATE                                          REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

ORIGINAL: RETURN TO INMATE                      CASE NUMBER: _____

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Part C—RECEIPT

                                                CASE NUMBER: _____

Return to: _____
           LAST NAME, FIRST, MIDDLE INITIAL   REG. NO.   UNIT   INSTITUTION

SUBJECT: _____

_____  _____                          _____    BP-230(13)
USP LVN      DATE                               SIGNATURE, RECIPIENT OF REGIONAL APPEAL  APRIL 1982

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: NOVEMBER 13, 2006

FROM: *James E. Burrell*
ADMINISTRATIVE REMEDY COORDINATOR
PRIVATIZATION MGT. BRANCH

TO  : BERNARDO SANTIAGO, 72338-053
      RIVERS CI    UNT: D    QTR: D01-102L
      P.O. BOX 840
      WINTON, NC 27986



FOR THE REASONS LISTED BELOW, THIS REGIONAL APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.

REMEDY ID       : 433376-R2        REGIONAL APPEAL
DATE RECEIVED   : NOVEMBER 13, 2006
SUBJECT 1       : MEDICAL CARE - DELAY OR ACCESS TO
SUBJECT 2       :
INCIDENT RPT NO:

REJECT REASON 1: SEE REMARKS.

REMARKS         : THIS IS NOT APPEALABLE TO BOP. YOU MUST
                  USE THE GRIEVANCE PROCEDURE AT YOUR FACILITY

**U.S. Department of Justice**

Federal Bureau of Prisons

**Central Office Administrative Remedy Appeal**

---

Type or use ball-point pen. If attachments are needed, submit four copies. One copy each of the completed BP-229(13) and BP-230(13), including any attachments must be submitted with this appeal.

From: __SANtiago BerNArdo__  __72338053__  __D.1 102L__  __Rivers. C.I.__
       LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.         UNIT            INSTITUTION

**Part A - REASON FOR APPEAL**

When I got here I came with a plate on my left leg and I told to the Doctor that was bad, the Doctor said me the BOP will not make a surgery on it, because the surgery can infect it, that I must to wait until my release date to do so. I follow the administrative remedies in this. I could walk and now I have to walk with cruchs. When I went in front of the judge He ordered to the prosecuter to talk with the physicians about my problem and they said me that when I would get the prison, I would be surgery.

__11/27/06__                                        __Bernardo Santiago__
DATE                                                SIGNATURE OF REQUESTER

**Part B - RESPONSE**

RECEIVED
DEC 1 1 2006
Administrative Remedy Section

---

DATE                                          GENERAL COUNSEL

ORIGINAL: RETURN TO INMATE                    CASE NUMBER: _____

**Part C - RECEIPT**
                                              CASE NUMBER: _____

Return to: _____   _____   _____   _____
           LAST NAME, FIRST, MIDDLE INITIAL   REG. NO.    UNIT        INSTITUTION

SUBJECT: _____

_____        _____
DATE                    SIGNATURE OF RECIPIENT OF CENTRAL OFFICE APPEAL

USP LVN                                                    BP-231(13)
                                                           JUNE 2002

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: DECEMBER 15, 2006

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      CENTRAL OFFICE

TO  : BERNARDO SANTIAGO, 72338-053
      RIVERS CI    UNT: D    QTR: D01-117L
      P.O. BOX 840
      WINTON, NC 27986


FOR THE REASONS LISTED BELOW, THIS CENTRAL OFFICE APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.


REMEDY ID       : 433376-A1       CENTRAL OFFICE APPEAL
DATE RECEIVED   : DECEMBER 11, 2006
SUBJECT 1       : MEDICAL CARE - DELAY OR ACCESS TO
SUBJECT 2       :
INCIDENT RPT NO:

REJECT REASON 1: SEE REMARKS.

REMARKS         : WE CONCUR WITH THE REGION'S RATIONALE FOR REJECTING
                  THIS APPEAL. THIS ISSUE IS NOT APPEALABLE TO THE
                  BOP. USE THE GRIEVANCE PROCEDURE AT YOUR FACILITY.

JS-44
(Rev.1/05 DC)

# CIVIL COVER SHEET

F
07-0528
UNA

## I (a) PLAINTIFFS

Bernardo Santiago

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF  88888
(EXCEPT IN U.S. PLAINTIFF CASES)

PRO SE (PR)

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

# 72338-053

## DEFENDANTS

Harley Lappin, et al.,

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRA

Case: 1:07-cv-00528
Assigned To : Unassigned
Assign. Date : 03/19/2007
Description: SANTIAGO V. HARLEY LAPPIN, ET AL.,

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

| | PTF | DFT | | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

### ☐ A. Antitrust
- ☐ 410 Antitrust

### ☐ B. Personal Injury/Malpractice
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury
- ☐ 362 Medical Malpractice
- ☐ 365 Product Liability
- ☐ 368 Asbestos Product Liability

### ☐ C. Administrative Agency Review
- ☐ 151 Medicare Act

Social Security:
- ☐ 861 HIA ((1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g)
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g)

Other Statutes
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ☐ D. Temporary Restraining Order/Preliminary Injunction

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

## ☐ E. General Civil (Other) OR ☒ F. Pro Se General Civil

**Real Property**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent, Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**Personal Property**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**Bankruptcy**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☒ 550 Civil Rights
- ☐ 555 Prison Condition

**Property Rights**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**Federal Tax Suits**
- ☐ 870 Taxes (US plaintiff or defendant)
- ☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 RR & Truck
- ☐ 650 Airline Regs
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**Other Statutes**
- ☐ 400 State Reapportionment
- ☐ 430 Banks & Banking
- ☐ 450 Commerce/ICC Rates/etc.
- ☐ 460 Deportation

- ☐ 470 Racketeer Influenced & Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Satellite TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 900 Appeal of fee determination under equal access to Justice
- ☐ 950 Constitutionality of State Statutes
- ☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| ☐ G. *Habeas Corpus/ 2255* | ☐ H. *Employment Discrimination* | ☐ I. *FOIA/PRIVACY ACT* | ☐ J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |

| ☐ K. *Labor/ERISA (non-employment)* | ☐ L. *Other Civil Rights (non-employment)* | ☐ M. *Contract* | ☐ N. *Three-Judge Court* |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

☒ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify)   ☐ Multi district Litigation   ☐ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

42 USC 1983

**VII. REQUESTED IN COMPLAINT**    CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 ☐    DEMAND $ def 6,7000 per    Check YES only if demanded in complaint    JURY DEMAND: ☐ YES ☒ NO

**VIII. RELATED CASE(S) IF ANY**    (See instruction)    ☐ YES ☐ NO    If yes, please complete related case form.

DATE        SIGNATURE OF ATTORNEY OF RECORD
            NCD

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.   COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III. CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.  CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.  CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII. RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

\forms\js-44.wpd