*AO 240 (Rev. 10/03)*

# UNITED STATES DISTRICT COURT

District of COLUMBIA

BERNARDO SANTIAGO
FED. No. 72338-053
Plaintiff

v.

HARLEY LAPPIN

Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

**FILED MAR 19 2007**
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Case: 1:07-cv-00528
Assigned To : Unassigned
Assign. Date : 03/19/2007
Description: SANTIAGO V. HARLEY LAPPIN, ET AL.,

I, *Bernardo Santiago*

☒ petitioner/plaintiff/movant/respondent  ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☒ Yes    ☐ No    (If "No," go to Part 2)

   If "Yes," state the place of your incarceration **Rivers Correctional Institution, Winton, N.C. 27986**

   Are you employed at the institution? **Yes**    Do you receive any payment from the institution? **Yes**

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past **six** months' transactions.

2. Are you currently employed?    ☐ Yes    ☒ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer. (List both gross and net salary.)
      **$.12¢ per Hour   $12.00 per month**

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

3. In the past 12 twelve months have you received any money from any of the following sources?

   a. Business, profession or other self-employment     ☐ Yes    ☒ No
   b. Rent payments, interest or dividends              ☐ Yes    ☒ No
   c. Pensions, annuities or life insurance payments    ☐ Yes    ☒ No
   d. Disability or workers compensation payments       ☐ Yes    ☒ No
   e. Gifts or inheritances                             ☐ Yes    ☒ No
   f. Any other sources                                 ☐ Yes    ☒ No

   **RECEIVED FEB 20 2007**
   NANCY MAYER WHITTINGTON, CLERK
   U.S. DISTRICT COURT

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

2

Resident Account Summary
Sunday, January 28, 2007 @12:48

For REG: 72338053    SANTIAGO, BERNARDO

| Date | Transaction | Description | Amount | Balance | Owed | Held | Reference |
|---|---|---|---:|---:|---:|---:|---|
| 01/19/2007 | PHONE PURCH | ITS | -3.00 | 0.97 | 0.00 | 0.00 | |
| 01/17/2007 | ERF | OID:100055034-ComisaryRef | 3.54 | 3.97 | 0.00 | 0.00 | |
| 01/12/2007 | PHONE PURCH | ITS | -5.00 | 0.43 | 0.00 | 0.00 | |
| 01/12/2007 | EPR | OID:100055034-ComisaryPur | -5.54 | 5.43 | 0.00 | 0.00 | |
| 01/04/2007 | PAYROLL | Pod Orderly PM | 10.08 | 10.97 | 0.00 | 0.00 | |
| 12/21/2006 | PHONE PURCH | ITS | -14.00 | 0.89 | 0.00 | 0.00 | |
| 12/20/2006 | ERF | OID:100051771-ComisaryRef | 13.40 | 14.89 | 0.00 | 0.00 | |
| 12/15/2006 | IFRP | 4TH QUARTER 2006 IFRP PAY | -25.00 | 1.49 | 0.00 | 0.00 | |
| 12/14/2006 | PHONE PURCH | ITS | -25.00 | 26.49 | 0.00 | 0.00 | |
| 12/14/2006 | EPR | OID:100051771-ComisaryPur | -76.48 | 51.49 | 0.00 | 0.00 | |
| 12/12/2006 | DEPMO | WESTERN UNION JENNY | 100.00 | 127.97 | 0.00 | 0.00 | |
| 12/11/2006 | PAYROLL | | 10.56 | 27.97 | 0.00 | 0.00 | |
| 11/17/2006 | PHONE PURCH | ITS | -15.00 | 17.41 | 0.00 | 0.00 | |
| 11/17/2006 | EPR | OID:100048650-ComisaryPur | -71.64 | 32.41 | 0.00 | 0.00 | |
| 11/15/2006 | DEPMO | WESTERN UNION JENNY | 100.00 | 104.05 | 0.00 | 0.00 | |
| 11/15/2006 | ERF | OID:100047733-ComisaryRef | 3.60 | 4.05 | 0.00 | 0.00 | |
| 11/09/2006 | PHONE PURCH | PT | -5.00 | 0.45 | 0.00 | 0.00 | |
| 11/09/2006 | EPR | OID:100047733-ComisaryPur | -7.90 | 5.45 | 0.00 | 0.00 | |
| 11/06/2006 | PAYROLL | | 10.56 | 13.35 | 0.00 | 0.00 | |
| 10/19/2006 | ERF | OID:100044936-ComisaryRef | 2.70 | 2.79 | 0.00 | 0.00 | |
| 10/13/2006 | PHONE PURCH | ITS | -10.00 | 0.09 | 0.00 | 0.00 | |
| 10/13/2006 | EPR | OID:100044936-ComisaryPur | -14.10 | 10.09 | 0.00 | 0.00 | |
| 10/06/2006 | PAYROLL | UNIT D-SEPT | 10.08 | 24.19 | 0.00 | 0.00 | |
| 10/06/2006 | PHONE PURCH | ITS | -20.00 | 14.11 | 0.00 | 0.00 | |
| 10/06/2006 | EPR | OID:100044041-ComisaryPur | -68.34 | 34.11 | 0.00 | 0.00 | |
| 10/05/2006 | DEPMO | WESTERN UNION JENNY | 100.00 | 102.45 | 0.00 | 0.00 | |
| 08/31/2006 | ERF | OID:100039325-ComisaryRef | 2.28 | 2.45 | 0.00 | 0.00 | |
| 08/25/2006 | PHONE PURCH | ITS | -10.00 | 0.17 | 0.00 | 0.00 | |
| 08/25/2006 | EPR | OID:100039325-ComisaryPur | -40.44 | 10.17 | 0.00 | 0.00 | |
| 08/21/2006 | PHONE PURCH | ITS | -20.00 | 50.61 | 0.00 | 0.00 | |
| 08/17/2006 | PHONE PURCH | ITS | -30.00 | 70.61 | 0.00 | 0.00 | |
| 08/15/2006 | DEPMO | WESTERN UNION YUDELKA | 100.00 | 100.61 | 0.00 | 0.00 | |
| 08/14/2006 | PHONE PURCH | ITS | -5.00 | 0.61 | 0.00 | 0.00 | |
| 08/14/2006 | EPR | OID:100038596-ComisaryPur | -21.25 | 5.61 | 0.00 | 0.00 | |
| 08/11/2006 | <IND POSTAG | Payment for IND POSTAGE o | -1.17 | 26.86 | 0.00 | 0.00 | |
| 08/11/2006 | DEPMO | US TREASURY | 28.03 | 28.03 | 1.17 | 0.00 | |
| 08/02/2006 | IND POSTAGE | STAMPS | 1.17 | 0.00 | 1.17 | 0.00 | |
| 07/25/2006 | BAL FWD | INITIAL DEPOSIT | 0.00 | 0.00 | 0.00 | 0.00 | |