UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
AUG 0 3 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

BERNARDO SANTIAGO, )
 )
      Plaintiff, )
 )
v. ) Civil Action No.
 )
HARLEY LAPPIN, *et al.*, )
 )
      Defendants. )

### ORDER

In its March 19, 2007 Order, the Court directed the transfer of this civil action to the United States District Court for the Eastern District of North Carolina. Subsequently, the Clerk of Court received correspondence from plaintiff inquiring into the status of a motion he filed under Rule 60(b) of the Federal Rules of Civil Procedure. The Clerk of Court has no record of receipt of this motion. Before transferring this action, the Court will give plaintiff an opportunity to refile his motion. Accordingly, it is hereby

ORDERED that plaintiff shall file his motion pursuant to Rule 60(b) within 21 days of entry of this Order. If plaintiff fails to comply with this Order, the Clerk of Court shall transfer this action forthwith.

/s/ Henry Kennedy
United States District Judge

Date: 7/27/07